UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALFRED VILLODAS,

    Plaintiff,

v.                                      CASE NO.:  1:20-cv-20536-UU

CAPITAL ONE BANK (USA), N.A.

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, ALFRED VILLODAS, and the Defendant, CAPITAL ONE BANK (USA), N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:
*/s/Heather H. Jones, Esq.*
Heather H. Jones, Esquire
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esquire
Florida Bar No. 0103330
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele:  (813) 500-1500
Fax:  (813) 435-2369
*Attorneys for Plaintiff*

*/s/  Jenny N. Perkins*
Jenny N. Perkins, Esq.
Florida Bar No. 77570
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tele: (215) 864-8378
Fax: (215) 864-8999
perkinsj@ballardspahr.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Heather H. Jones

Heather H. Jones, Esq.