UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20536-UU

ALFRED VILLODAS,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (the "Stipulation").  D.E. 24.  The Court having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation is approved, and this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with each party bearing its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this _17th_ day of July, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record